Next case is Yeda Research and Development Company v. Imclone and Aventis Pharmaceuticals, 2007, 1010-1012. We've been led to believe we're going to hear a joint motion. Is that correct? That is correct, Your Honor. And firstly, I would say we do apologize for the last-minute changes and the disruption to the Court's schedule here. But I'm pleased to announce that the parties have, within the past five minutes, signed off on a settlement resolving this litigation. And there are certain aspects of the settlement, including payment of funds, that will require a few days to take place. We are confident that will happen. But just to make sure that nobody loses any rights, what we have agreed is that the case should be submitted rather than argued. And then we are confident that within a matter of days we will inform the Court that the funds have been transferred and everything is finished. We often get motions to waive oral argument, and we almost always grant them, and then proceed to decide the case. But we hear a joint representation that we can, within quite a short period of time, expect a motion to dismiss. Some kind of a dismissal. Fine. We will grant the motion to stay the case for a reasonable period of time, and thank you for coming. Your Honor, we'll submit the paperwork with the Court's office. Fine. Good. Thank you. Thank you. And we appreciate the case indulgence.